**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6297**

ROSSAHN BLACK,

Petitioner - Appellant,

v.

R. HUDGINS, Warden of FCI Gilmer,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:20-cv-00210-JPB)

Submitted:  October 8, 2021

Decided:  October 21, 2021

Before MOTZ, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rossahn Black, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rossahn L. Black, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Black's 28 U.S.C. § 2241 petition in which Black challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Black v. Hudgins*, No. 5:20-cv-00210-JPB (N.D.W. Va. Feb. 17, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*